1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JOSHUA JASON DALKE, | ) Case No.: 1:20-cv-00534-AWI-SAB (PC) |
| 12                Plaintiff, | ) |
| 13       v. | ) ORDER ADOPTING FINDINGS AND ) RECOMMENDATIONS, AND DENYING ) PLAINTIFF'S MOTION FOR INJUNCTIVE |
| 14  KING CLARK, *et al.*, | ) RELIEF ) |
| 15                Defendants. | ) [ECF Nos. 12, 13] ) |
| 16  | ) ) |
| 17  | ) |

18      Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights

19 action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21      On June 19, 2020, the magistrate judge issued findings and recommendations recommending

22 that plaintiff's motion for injunctive relief be denied.  (Doc. No. 13.)  The findings and

23 recommendations were served on plaintiff and contained notice that objections were to be filed within

24 fourteen days.  (*Id.*)  Plaintiff filed objections on July 7, 2020.  (Doc. No. 17.)

25      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de*

26 *novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the

27 court finds the findings and recommendations to be supported by the record and by proper analysis.

28 ///

                                       1

Accordingly, IT IS HEREBY ORDERED that

1. The findings and recommendations filed on June 19, 2020 (Doc. No. 13) are adopted in full; and

2. Plaintiff's request for injunctive relief, filed on June 15, 2020 (Doc. No. 12), is denied.

IT IS SO ORDERED.

Dated: August 20, 2020

SENIOR DISTRICT JUDGE