UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>   Plaintiff,<br><br>  v.<br><br>KING CLARK, *et al.*,<br><br>   Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 14, 16] |

  Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On July 1, 2020, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief be denied. (Doc. No. 16.) The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) Plaintiff filed objections on July 14, 2020. (Doc. No. 18.)

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on July 1, 2020 (Doc. No. 16), are adopted in full; and
2. Plaintiff's request for injunctive relief, filed on June 29, 2020 (Doc. No. 14), is denied.

IT IS SO ORDERED.

Dated: __August 20, 2020__                    _____
                                                                          SENIOR  DISTRICT  JUDGE