UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>           Plaintiff,<br><br>    v.<br><br>KING CLARK, *et al.*,<br><br>           Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF Nos. 24, 25) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 34, 2020, the undersigned screened Plaintiff's second amended complaint and found that Plaintiff stated a cognizable claim for deliberate indifference against Defendants Cordona, Algatar, Vera, Fugate and Romos.  (ECF No. 24.)  However, Plaintiff was advised that he failed to state any other cognizable claims.  (Id.)  Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claims found to be cognizable.  (Id.)

On September 2, 2020, Plaintiff filed a notice of intent to proceed only on the retaliation and deliberate indifference claims against Defendants Cordona, Algatar, Vera, Fugate and Romos and dismiss all other claims and Defendants.  (ECF No. 25.)

///

1

Based on Plaintiff's September 2, 2020 notice, the Court will recommend that this action proceed against Defendants Cordona, Algatar, Vera, Fugate and Romos for deliberate indifference to Plaintiff's safety. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants Cordona, Algatar, Vera, Fugate and Romos for deliberate indifference to Plaintiff's safety; and
2. All other claims and Defendants be dismissed for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **September 3, 2020**

UNITED STATES MAGISTRATE JUDGE