1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | JOSHUA JASON DALKE,               ) Case No.: 1:20-cv-00534-AWI-SAB (PC)
12 |                  Plaintiff,       )
                                       ) ORDER ADOPTING FINDINGS AND
13 |         v.                        ) RECOMMENDATIONS, AND DENYING
                                       ) PLAINTIFF'S THIRD REQUEST FOR
14 | KING CLARK, *et al.*,             ) INJUNCTIVE RELIEF
                                       )
15 |                  Defendants.      ) [ECF Nos. 19, 20]
                                       )
16                                     )
                                       )
17                                     )

18    Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights
19 action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge
20 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21    On July 31, 2020, the Magistrate Judge issued Findings and Recommendations recommending
22 that Plaintiff's third request for injunctive relief be denied.  (Doc. No. 20.)  The Findings and
23 Recommendations were served on Plaintiff and contained notice that objections were to be filed within
24 fourteen days.  (*Id.*)  Plaintiff filed objections on August 14, 2020.  (Doc. No. 21.)

25    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de*
26 *novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the
27 court finds the Findings and Recommendations to be supported by the record and by proper analysis.
28 ///

1

Accordingly:

1. The Findings and Recommendations filed on July 31, 2020, are adopted in full; and
2. Plaintiff's third request for injunctive relief, filed on July 29, 2020 (Doc. No. 19), is denied.

IT IS SO ORDERED.

Dated: October 8, 2020

SENIOR DISTRICT JUDGE