UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>            Plaintiff,<br><br>     v.<br><br>KING CLARK, *et al.*,<br><br>            Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION REGARDING THE IDENTITY OF DEFENDANTS FUGATE AND ALGATAR<br><br>(ECF No. 32) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 13, 2020, the Court found that service of Plaintiff's second amended complaint was appropriate as to Defendants Cordona, Algatar, Vera, Fugate and Romos for deliberate indifference to Plaintiff's personal safety, and service was directed pursuant to the Court's E-Service pilot program for civil rights cases in the Eastern District of California. (ECF No. 29.)

On November 6, 2020, the California Department of Corrections and Rehabilitation (CDCR) returned a notice of intent to not waive personal service on Defendants Algatar and Fugate. (ECF No. 32.) With regard to Algatar, CDCR noted that it could not identify the Defendant, and with regard to Fugate, CDCR indicated that it could not identify the Defendant without a first name or initial because two individuals with that last name were working in the same unit at the same time. (Id.)

1

1    Because CDCR cannot identify Defendants Algatar and Fugate based on the information
2  provided in the complaint, Plaintiff will be directed to provide additional information in order to
3  effectuate service of the summons and complaint.
4    Accordingly, it is HEREBY ORDERED that within thirty (30) days from the date of service of
5  this order, Plaintiff shall provide additional information regarding the identify of Defendants Algatar
6  and Fugate in order to effective service of the summons and complaint.  Failure to comply with this
7  order may result in dismissal of the Defendants pursuant to Rule 4(m) of the Federal Rules of Civil
8  Procedure.

10 IT IS SO ORDERED.

11 Dated:   **November 9, 2020**
12                                                         UNITED STATES MAGISTRATE JUDGE