UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING CLARK, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL, WITHOUT PREJUDICE<br><br>(ECF No. 45) |

　　Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Plaintiff's motion to compel, filed December 10, 2020. Plaintiff's motion must be denied.

　　As stated in the Court's April 15, 2020 First Informational Order, "[a]fter defendants' answers are filed, the Court will issue an order opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." (Order at 3:17-19, ECF No. 3.) In addition, "[e]xcept in the case of a discovery dispute . . . parties are not to file copies of their discovery requests with the Court." (Id. at 3:23-24.)

///

1

Because Defendants have not yet filed an answer and the answer is not yet due, the Court has not opened discovery. In addition, Plaintiff is not to file discovery requests with the Court, unless and until there is a discovery dispute. Accordingly, Plaintiff's motion to compel, filed on December 10, 2020, is denied as premature, without prejudice.

IT IS SO ORDERED.

Dated:   **December 14, 2020**

UNITED STATES MAGISTRATE JUDGE