UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>    Plaintiff,<br><br>    v.<br><br>KING CLARK, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DIRECTING CDCR TO COMPLETE AND RETURN AMENDED NOTICE OF INTENT TO WAIVE OR NOT WAIVE SERVICE AS TO DEFENDANTS ALGATAR AND FUGATE<br><br>(ECF No. 49) |

    Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On October 13, 2020, the Court found that service of Plaintiff's second amended complaint was appropriate as to Defendants Cordona, Algatar, Vera, Fugate and Romos for deliberate indifference to Plaintiff's personal safety, and service was directed pursuant to the Court's E-Service pilot program for civil rights cases in the Eastern District of California. (ECF No. 29.)

    On November 6, 2020, the California Department of Corrections and Rehabilitation (CDCR) returned a notice of intent to not waive personal service on Defendants Algatar and Fugate. (ECF No. 32.) With regard to Algatar, CDCR noted that it could not identify the Defendant, and with regard to Fugate, CDCR indicated that it could not identify the Defendant without a first name or initial because two individuals with that last name were working in the same unit at the same time. (Id.)

On November 10, 2020, the Court ordered Plaintiff to provide additional information regarding the identity of Defendants Algatar and Fugate. (ECF No. 37.)

Plaintiff filed a response on November 23, 2020, and provided additional information regarding the identity of Defendants Algatar and Fugate. (ECF No. 38.) Accordingly, on December 3, 2020, the Court issued a second service order and provided CDCR with the additional information submitted by Plaintiff pursuant to the Court's E-Service program. (ECF No. 39.)

On December 23, 2020, CDCR returned the notice of intent to not waive service on Defendants Algatar and Fugate that was previously submitted on November 6, 2020. (ECF Nos. 32, 49.)

Because the information provided by CDCR is the same as previously submitted, the Court cannot determine whether CDCR utilized the information provided in the December 3, 2020 second service order. Therefore, the Court will direct that an amended notice be filed.

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, CDCR shall submit an amended notice of intent to waive or not waive service as to Defendants Algatar and Fugate pursuant to the Court's December 3, 2020 second service order; and

2. The Clerk of Court shall send a copy of the Court's December 3, 2020 second service order (ECF No. 39) to CDCR.

IT IS SO ORDERED.

Dated: **January 5, 2021**

UNITED STATES MAGISTRATE JUDGE

2