UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>        Plaintiff,<br><br>    v.<br><br>KING CLARK, *et al.*,<br><br>        Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>AMENDMENT TO THE COURT'S JANUARY 7, 2021 ORDER<br><br>(ECF No. 54) |

      Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      On January 7, 2021, the Court issued an order setting this case for a settlement conference on March 23, 2021, before Magistrate Judge Barbara A. McAuliffe.

      The Court's January 7, 2021 order is HEREBY AMENDED to reflect that the settlement conference statements are due on or before **March 16, 2021**.  (Order at 3:15, ECF No. 54.)

IT IS SO ORDERED.

Dated:  **January 11, 2021**

                                                         UNITED STATES MAGISTRATE JUDGE