UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA JASON DALKE, | ) | Case No.: 1:20-cv-00534-AWI-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DENYING PLAINTIFF'S MOTION FOR A COURT ORDER |
| KING CLARK, *et al.*, | ) ) | (ECF No. 58) |
| Defendants. | ) ) ) | |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a court order to obtain information and/or documents through discovery, filed January 25, 2021.  As far as the Court can discern, Plaintiff is seeking a court order that certain documents and/or information be provided to him by CDCR and/or Defendants.  Plaintiff's motion must be denied.

This case is currently stayed pending a settlement conference before Magistrate Judge Barbara A. McAuliffe on March 23, 2021.  The Court has not yet opened discovery, and as stated in the Court's January 7, 2021, order, "[t]he parties shall not engage in formal discovery, but may engage is informal discovery to prepare for the settlement conference."  (ECF No. 54 at 2:25-26.)  It appears that Plaintiff seeks document to present evidence if this case proceeds to a jury trial.

1

      Plaintiff is advised that "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed R. Civ. P. 26(b)(1).  However, the formal discovery phase of this action has not yet opened, and as stated in the Court's first informational order, "[n]o discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin."  (ECF No. 3 at 4:18-19.)  In addition, discovery requests are not to be filed with the Court, and the requests must be served directly on Defendants' attorney.  (<u>Id.</u> at 4:22.)  Accordingly, Plaintiff's motion for a court order to obtain information and/or documentation is DENIED, as premature.

IT IS SO ORDERED.

Dated:   **January 26, 2021**

                                              UNITED STATES MAGISTRATE JUDGE