UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING CLARK, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 47, 51) |

　　　　Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 5, 2021, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for summary judgment, filed on December 22, 2020, be denied. (ECF No. 52.)  The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days.  (*Id*.)  Plaintiff did not file objections and the time to do so has expired.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on January 5, 2021, are adopted in full; and
2. Plaintiff's motion for summary judgment, filed on December 22, 2020 (ECF No. 47), is denied.

IT IS SO ORDERED.

Dated: __February 2, 2021__   _____
SENIOR DISTRICT JUDGE