UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>                Plaintiff,<br><br>        v.<br><br>KING CLARK, *et al.*,<br><br>                Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 64) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 7, 2021, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on March 23, 2021, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for eighty days. (ECF No. 54.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On February 8, 2021, Defendants filed a notice to opt out and vacate the settlement conference. Defendants believes that a conference would be a waste of resources given their investigation into the claims and defenses and discussions with Plaintiff. (ECF No. 64.)

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for March 23, 2021, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __**February 8, 2021**__

UNITED STATES MAGISTRATE JUDGE