UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>    Plaintiff,<br><br>v.<br><br>KING CLARK, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF DEFENDANTS CORDONA, ALGATAR AND ROMOS AND GRANTING DEFENDANTS ALCANTAR AND FUGATE TWENTY DAYS TO FILE A RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT<br><br>(ECF No. 64) |

    Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On October 13, 2020, the Court found that service of Plaintiff's second amended complaint was appropriate as to Defendants Coronado, Alcantar, Vera, Fugate and Ramos for deliberate indifference to Plaintiff's personal safety, and service was ordered pursuant to the Court's E-Service program. (ECF No. 29.)

    On November 6, 2020, the California Department of Corrections and Rehabilitation (CDCR) returned a notice of intent to waive service as to Defendants Coronado, Vera and Ramos, and a notice of intent not waive personal service on Defendants Alcantar and Fugate. (ECF Nos. 31, 32.)

    On January 4, 2021, Defendants Coronado, Vera and Ramos filed an answer to the second amended complaint.

1

On January 7, 2021, the Court stayed the case and set a settlement conference for March 23, 2021.

On January 8, 2021, Defendants Alcantar and Ramos waived personal service.

On February 8, 2021, Defendants filed a request to opt out of the settlement conference. On this same date, the Court vacated the settlement conference, lifted the stay, and issued the discovery and scheduling order.

Defendants Alcantar and Ramos are HEREBY GRANTED **twenty (20)** days from the date of service of this order to file a responsive pleading to the second amended complaint. In addition, the Clerk of Court is directed to correct the spelling on the docket from Algatar to Alcantar, from Cordona to Coronado, and from Romos to Ramos.

IT IS SO ORDERED.

Dated:   **February 10, 2021**

UNITED STATES MAGISTRATE JUDGE