UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING CLARK, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO SUPPLEMENT HIS COMPLAINT<br><br>(ECF No. 70) |

　　　Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Plaintiff's motion regarding his request to supplement the complaint, filed February 25, 2021.  It appears that Plaintiff is requesting the status of his prior proposed amendment.

　　　Plaintiff is advised that on January 26, 2021, the Court issued an order disregarding his third amended complaint which was lodged because Plaintiff had not sought leave of court to amend the complaint, and the Court could not decipher the purpose of his amendment.  (ECF No. 59.)  Accordingly, there is no basis for the Court to accept evidence or allow Plaintiff to supplement the complaint.

IT IS SO ORDERED.

Dated:  **February 26, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1