UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>    Plaintiff,<br><br>    v.<br><br>KING CLARK, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION RELATING TO EXHAUSTION OF ADMINISTRATIVE REMEDIES<br><br>(ECF No. 71) |

    Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion regarding exhaustion of the administrative remedies, filed February 25, 2021.

    On February 8, 2021, the Court issued the discovery and scheduling order and set the deadline to file any exhaustion-related motion for summary judgment on or before May 8, 2021.  (ECF No. 66.)

    In the instant motion, Plaintiff submits that "[i]t is unclear if the court is asking for proof of exhausted 602 and evidence of attempted exhaustion of other 602s relevant to this case…."  (ECF No. 71 at 1.)  Plaintiff is advised the failure to exhaust is an affirmative defense, and Defendants bear the burden of raising and proving the absence of exhaustion.  Jones v. Bock, 549 U.S. 199, 216 (2007); Albino v. Baca, 747 F.3d 1162, 1166 (9th Cir. 2014).  Therefore, it is not necessary to plead or demonstrate  exhaustion of the administrative remedies.  If Defendants file a motion for summary

1

judgment based on the failure to exhaust the administrative remedies, Plaintiff may at that time present his arguments and evidence in opposition. Accordingly, Plaintiff's motion relating to exhaustion of the administrative remedies is disregarded as unnecessary.

IT IS SO ORDERED.

Dated: __**February 26, 2021**__

UNITED STATES MAGISTRATE JUDGE