UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>   Plaintiff,<br><br>  v.<br><br>KING CLARK, *et al.*,<br><br>   Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF No. 84) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 22, 2021, Plaintiff filed a reply to Defendants' filed which was filed on March 2, 2021.

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Fed. R. Civ. P. 7(a).

///

///

1

Here, the Court did not order Plaintiff to reply to Defendants' answer, nor did Plaintiff seek any leave to file a reply to the answer. The Court declines to require any reply to the answer. Accordingly, Plaintiff's reply to Defendants' answer, filed on March 22, 2021, is stricken from the record.

IT IS SO ORDERED.

Dated:   **March 23, 2021**

UNITED STATES MAGISTRATE JUDGE