UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>   Plaintiff,<br><br>   v.<br><br>KING CLARK, *et al.*,<br><br>   Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT DOCKET AND CHANGE SPELLING OF DEFENDANT A. CORONADO<br><br>(ECF No. 85) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 22, 2021, Defendants filed a notice of errata indicating that the correct spelling of Defendant A. Coronado's name is P. Cardona.  Accordingly, it is HEREBY ORDERED that the Clerk of Court is directed to correct to the docket and change the spelling of Defendant Coronado's name by substituting "P. Cardona" in place of "A. Coronado."

IT IS SO ORDERED.

Dated:  **March 23, 2021**

UNITED STATES MAGISTRATE JUDGE

1