# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA JASON DALKE,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**KING CLARK, et al.,**<br><br>      **Defendants.** | **CASE NO. 1:20-cv-00534-AWI-SAB (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR PRELIMINARY INJUNCTION**<br><br>(Doc. No. 80) |

Plaintiff Joshua Jason Dalke is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 12, 2021, the magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for preliminary injunction, filed on March 8, 2021, be denied. Doc. No. 80. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Id. Plaintiff did not file objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 80) issued on March 12, 2021, are ADOPTED in full; and

2. Plaintiff's motion for preliminary injunction (Doc. No 79) is DENIED.

IT IS SO ORDERED.

Dated: __April 6, 2021__                    _____
                                                                 SENIOR DISTRICT JUDGE