# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KING CLARK, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO DISMISS THE ACTION<br><br>(ECF No. 98) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 12, 2021, Plaintiff filed a motion to voluntary dismiss this action. (ECF No. 98.)

Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Prior to filing the motion to dismiss, Defendants filed an answer. (ECF No. 75.) Therefore, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i). However, Defendants may stipulate to dismissal pursuant to Rule 41(a)(1)(A)(ii). If Defendants decline to

1

stipulation, the Court may dismiss this action based upon Plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that Defendants shall have seven days to file and serve a stipulation to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii), or to otherwise respond to Plaintiff's motion to dismiss.[1]

IT IS SO ORDERED.

Dated:   **May 13, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants stipulate, the Court will construe the parties' filings as a stipulation for voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii).