# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>    Plaintiff,<br><br>v.<br><br>KING CLARK, *et al.*,<br><br>    Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW REQUEST TO VOLUNTARILY DISMISS THE ACTION, AND DIRECTING CLERK OF COURT TO TERMINATE THE MOTION<br><br>(ECF Nos. 98, 100) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 12, 2021, Plaintiff filed a motion to voluntary dismiss this action. (ECF No. 98.)

On May 13, 2021, the Court directed Defendants to file a response to Plaintiff's motion within seven days. (ECF No. 99.)

On May 17, 2021, Plaintiff filed a motion to withdraw his previous request to voluntarily dismiss this action. (ECF No. 100.)

On May 20, 2021, Defendants filed a response. (ECF No. 101.)

On the basis of good cause, the Court will grant Plaintiff's request to withdraw his motion to voluntarily dismiss this action.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request to withdraw his motion to voluntarily dismiss this action (ECF No. 100) is granted; and
2. The Clerk of Court shall terminate Plaintiff's motion to dismiss filed on May 12, 2021 (ECF No. 98).

IT IS SO ORDERED.

Dated: __May 21, 2021__

UNITED STATES MAGISTRATE JUDGE