# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING CLARK, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL SETTLEMENT OR GRANT PLAINTIFF MONETARY DAMAGES<br><br>(ECF No. 104) |

　　　　Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to compel settlement or grant Plaintiff monetary damages, filed May 26, 2021. Plaintiff's motion must be denied. Plaintiff is advised that the Court cannot compel a settlement in this case, and May 10, 2021, Defendants have filed a motion for summary judgment for failure to exhaust the administrative remedies. Further, there is no legal basis to grant Plaintiff monetary damages in the amount of $350,000 as requested by Plaintiff. Accordingly, Plaintiff's motion to compel settlement and grant monetary damages is denied.

IT IS SO ORDERED.

Dated: __May 27, 2021__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1