UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>  Plaintiff,<br><br>  v.<br><br>KING CLARK, *et al.*,<br><br>  Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL<br><br>(ECF Nos. 103, 114) |

Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2021, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for voluntary dismiss, filed May 24, 2021, be denied. (ECF No. 103.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id.*) Plaintiff did not file objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly:

1. The Findings and Recommendations filed on June 29, 2021, are adopted in full; and
2. Plaintiff's motion for voluntary dismissal, filed on May 24, 2021 (ECF No. 103), is denied.

IT IS SO ORDERED.

Dated: July 26, 2021

SENIOR DISTRICT JUDGE