UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KING CLARK, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00534-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO TERMINATE ALL PENDING MOTIONS<br><br>(Doc. Nos. 96, 118, 135, 137, 140 141, 145, 146, 148, 150) |

　　　　Plaintiff Joshua Jason Dalke is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 6, 2021 the Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion for summary judgment be granted, and the instant action be dismissed, without prejudice, for failure to exhaust the administrative remedies.  (ECF No. 135.) These Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days.  (*Id.*)  Plaintiff filed objections on December 13, 2021.  (ECF No. 136.)  On December 16, 2021, Plaintiff filed a motion for reconsideration.  (ECF No. 137.)  On December 21, 2021, Defendants filed a response to Plaintiff's objections. (ECF No. 138.)  On December 27, 2021, Plaintiff filed two separate motions for injunctive relief.  (ECF Nos. 140, 141.)

1

On January 6, 2022, Plaintiff filed an ineffective Rule 41(a)(1) notice of dismissal. (ECF No. 144). On January 26, 2022, Plaintiff filed a motion to continue case and notice of change of address. (ECF No. 145). On February 10, 2022, Plaintiff filed a motion to inform the Judge of administrative exhaustion. (ECF No. 146). On February 14, 2022, Plaintiff filed a motion for temporary injunction. (ECF No. 148). On February 23, 2022, the Magistrate Judge issued a Findings and Recommendation that recommended denying the February 14 motion for temporary injunction. (ECF No. 15).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and motion for reconsideration, the Court finds the December 10 Findings and Recommendations to be supported by the record and by proper analysis. With the adoption of the December 10 Findings and Recommendation, all other motions and the February 23, 2022 Findings and Recommendation will be mooted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on December 6, 2021 (Doc. No. 135), are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 96) is granted;
3. The instant action is dismissed, without prejudice, for failure to exhaust the administrative remedies;
4. All pending motions and outstanding matters (Doc. Nos. 118, 137, 140 141, 145, 146, 148, 150) are DENIED as moot; and
5. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   February 28, 2022                    _____
                                              SENIOR DISTRICT JUDGE